UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ALTON VALE, # M4045                                                              PETITIONER

V.                                                        CIVIL ACTION NO. 2:13cv302-CWR-FKB

CLARKE COUNTY CIRCUIT COURT, ET AL.                                     RESPONDENTS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on May 14, 2014.  The report and recommendation clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b)(2).  This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court.

SO ORDERED, this the 17th day of June, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE